STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-910 consolidated with 12-909, 12-911, 12-912, 12-913, 12-914, 12-915,
12-916, 12-917, 12-918, 12-919, 12-920, 12-921, 12-922, 12-923, 12-924,
12-925, 12-926, and 12-927

REBEL DISTRIBUTORS CORP., INC. d/b/a PHYSICIAN PARTNER AND
PHARMACY PARTNER (ERIC SCHENK)

VERSUS

LUBA CASUALTY INSURANCE COMPANY, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 04
PARISH OF LAFAYETTE, NO. 08-24110
SHARON MORROW, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and
Marc T. Amy, Judges.

REVERSED AND RENDERED.

Harry K. Burdette
The Glenn Armentor Law Corporation
300 Stewart Street
Lafayette, LA 70501
(337) 233-1471
COUNSEL FOR PLAINTIFF/APPELLANT:
        Rebel Distributors Corporation, Inc. d/b/a
        Physician Partner and Pharmacy Partner

**Jeffrey C. Napolitano**
**Juge, Napolitano, Guilbeau, Ruli & Frieman**
**3320 West Esplanade Avenue North**
**Metairie, LA 70002**
**(504) 831-7270**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**LUBA Casualty Insurance Company**
**Metro Boating**

**PETERS, J.**

For the reasons assigned in *Rebel Distributors, Inc. et al. v. LUBA Workers' Comp. et al.*, 12-909 (La.App. 3 Cir. ___/___/13), ___ So.3d ___, we reverse the judgment of the workers' compensation judge and render judgment in favor of Metro Boating and LUBA Casualty Insurance Company, granting their peremptory exception of no right of action and dismissing the claims of Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner. We assess all costs of this appeal against Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner.

**REVERSED AND RENDERED.**